1975404

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED NOV 8 2005 MICHAEL GANS CLERK OF COURT

November 4, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED BY MAIL NOV 21 2005 CLERK, US DIST. COURT ST. PAUL, MN

Re: Alfred James Clark
v. United States
No. 05-7363
(Your No. 04-1882)

CR 02-160 JNE/JGL

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 31, 2005 and placed on the docket November 4, 2005 as No. 05-7363.

Sincerely,

**William K. Suter**, Clerk

by *Melissa Blalock*

Melissa Blalock
Case Analyst

RECEIVED
NOV 8 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
NOV 21 2005
U.S. DISTRICT COURT ST. PAUL