1988752

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
DEC 9 200
MICHAEL GA
CLERK OF COU

December 5, 2005

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
DEC 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Alfred James Clark
v. United States
No. 05-7363
(Your No. 04-1882) CR 02-160 JNE/JGL

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

SCANNED
DEC 27 2005
U.S. DISTRICT COURT ST. PAUL

RECEIVED
DEC 9 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT